IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME JUNIOR WASHINGTON, | No. 4:23-CV-00124 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DSCS ROWE, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 30th day of October 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Fourteenth Amendment deprivation-of-property claim is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's First Amendment retaliation claim is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. Within 21 days from the date of this Order, Plaintiff, if desired, may file a second amended complaint in accordance with the accompanying Memorandum.

4. If no second amended complaint is timely filed, dismissal of Plaintiff's First Amendment retaliation claim will convert to dismissal with prejudice, and the Court will close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge